■ In the Matter of SHIRLEY LAMENDOLA, Appellant, v KEVIN C. McDONOUGH, as Personnel Officer of St. Lawrence County, et al., Respondents, and VIRGINIA COTTER et al., Intervenors-Respondents. — Appeal from a judgment of the Supreme Court at Special Term (Mercure, J.), entered October 21, 1983 in St. Lawrence County, which, *inter alia,* dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to annul a determination of the St. Lawrence County personnel office establishing an eligible list for the position of head social welfare examiner. ¶ Judgment affirmed, with costs, upon the opinion of Justice Thomas E. Mercure at Special Term. Main, J. P., Casey, Weiss, Levine and Harvey, JJ., concur.